# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KATHLEEN E. PERKINS,
Executrix of the Estate of
Ruth M. Day, Deceased,

        Plaintiff,   :  Case No. 3:07-cv-325

                        District Judge Walter Herbert Rice
-vs-                          Chief Magistrate Judge Michael R. Merz

                       :

JOHN PAUL RIESER, et al.,

        Defendants.

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 25, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendants' Motion to Abstain or Stay (Doc. No. 3) is denied.

June 26, 2008.

                                                          Walter Herbert Rice
                                                          United States District Judge