IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KATHLEEN E. PERKINS,
Executrix of the Estate of Ruth M. Day,
 Deceased,

        Plaintiff,    :    Case No. 3:07-cv-325

                      District Judge Walter Herbert Rice
    -vs-                      Magistrate Judge Michael R. Merz
                      :

JOHN PAUL RIESER, ESQ.,
Co-Trustee and Individually, et al.,

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 39), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendants' Motion to Dismiss (Doc. No. 26) be, and it hereby is, denied as moot without prejudice to the arguments made therein.

February 27, 2012.

                                                Walter Herbert Rice
                                                United States District Judge