# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KATHLEEN E. PERKINS,
Executrix of the Estate of Ruth M. Day,
 Deceased,

       Plaintiff,       :       Case No. 3:07-cv-325

                                District Judge Walter Herbert Rice
    -vs-                          Magistrate Judge Michael R. Merz

                               :

JOHN PAUL RIESER, ESQ.,
Co-Trustee and Individually, et al.,

       Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 50), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on April 23, 2012, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendants' Motion to Dismiss the First Amended Complaint (Doc. No. 41) is denied as moot.

April 24, 2012.

                                                  Walter Herbert Rice
                                                  United States District Judge

1