AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| KATHLEEN E. PERKINS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:07-CV-325 |
| John Paul Rieser, Esq., et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____
_____ .

☑  other: That Plaintiff take nothing and Plaintiff RICO claims in Count 1 and 2 are dismissed with prejudice, and Counts, 3,4, and 5 are dismissed without prejudice.

.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge Walter H. Rice _____ on a motion for
 Order for Report and Recommendations

Date:    09/27/2012 _____          *CLERK OF COURT*

s/ K. Ernst
_____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western    DIVISION

KATHLEEN E. PERKINS
*Plaintiff*

vs

John Paul Rieser, Esq., et al.
*Defendant*

: 
: 
: 
: Case Number:  3:07-CV-325
: 
: 
: 

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on _____09/27/2012_____.

If applicable to this case, the disposal date will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

JAMES BONINI, CLERK

By: _____s/ K. Ernst_____
       Deputy Clerk